LAWRENCE G. TOWNSEND, SBN 88184
ALICA DEL VALLE, SBN 246006
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: (415) 882-3200
Facsimile: (415) 882-3232
E-Mail: ltownsend@owe.com
adelvalle@owe.com

Attorneys for Plaintiff
VANESSA DAVISSON dba GIRLFRIEND'S KITCHEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/7/07*

| | |
|---|---|
| VANESSA DAVISSON dba GIRLFRIEND'S KITCHEN,<br><br>Plaintiff,<br><br>vs.<br><br>THE SHIKSA AND THE PRINCESS, INC., a Utah corporation; MGFK, INC., a Utah corporation; STRIVING FOR COL.3, INC., a California corporation; CELENE MESA, an individual, and GWEN SADLER, an individual,<br><br>Defendants. | Case No. C 06 7565 RMW RS<br><br>**PLAINTIFF'S EX PARTE MOTION TO DISMISS ACTION WITHOUT PREJUDICE AND FOR COURT TO MAINTAIN JURISDICTION**<br>*AND ORDER OF DISMISSAL* |

    Plaintiff Vanessa Davisson hereby moves the court to dismiss this action without prejudice and to request that the court maintain jurisdiction if needed to enforce the terms of the parties' Settlement Agreement.

    This case concerns Plaintiff's claim of trademark infringement. Plaintiff's California state-registered mark is GIRLFRIEND'S KITCHEN and Defendants' mark is MY GIRLFRIEND'S KITCHEN. Both parties are in some part of the food preparation business.

1

The parties have settled the case. As part of the negotiated settlement, the parties agreed that a dismissal without prejudice would be filed, and this motion would be made to the court to maintain jurisdiction, if needed. Some terms of the agreement are confidential. Notably, however, the consideration as between the parties has a performance lifespan of thirty (30) months. If there is a breach of performance, the parties have agreed that a motion then can be made to the court to set aside the dismissal, attaching a full copy of the settlement agreement and with notice to the other party, in order to seek a judgment to enforce the terms of the settlement agreement.

Plaintiff respectfully requests that the court enter the submitted Order of Dismissal of Action, a copy of which is attached hereto as Exhibit A.

Respectfully submitted,

Dated: January 18, 2007                OWEN, WICKERSHAM & ERICKSON, P.C.


By:  /s/ Lawrence G. Townsend
     Lawrence G. Townsend
     Alica del Valle
Attorneys for Plaintiff VANESSA DAVISSON dba
GIRLFRIEND'S KITCHEN

S:\1Clients\DAVVA\70001\Dismiss-Motion.wpd

2

Plaintiff's Ex Parte Motion to Dismiss, etc.; Case No. C 06 7565 RMW RS

# EXHIBIT A

LAWRENCE G. TOWNSEND, SBN 88184
ALICA DEL VALLE, SBN 246006
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: (415) 882-3200
Facsimile: (415) 882-3232
E-Mail: ltownsend@owe.com
adelvalle@owe.com

Attorneys for Plaintiff
VANESSA DAVISSON dba GIRLFRIEND'S KITCHEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA DAVISSON dba GIRLFRIEND'S KITCHEN,<br><br>Plaintiff,<br><br>vs.<br><br>THE SHIKSA AND THE PRINCESS, INC., a Utah corporation; MGFK, INC., a Utah corporation; STRIVING FOR COL.3, INC., a California corporation; CELENE MESA, an individual, and GWEN SADLER, an individual,<br><br>Defendants. | Case No. C 06 7565 RMW RS<br><br>**ORDER RE DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** |

The Court having considered the Plaintiff's ex parte motion to dismiss action without prejudice and for Court to maintain jurisdiction, and good cause appearing therefor,

IT IS HEREBY ORDERED

1. That the complaint be and hereby is dismissed without prejudice; and

2. That the Court shall maintain jurisdiction of the action to enforce the terms of the parties' Settlement Agreement as referenced in Plaintiff's motion.

Exhibit A to Plaintiff's Ex Parte Motion to Dismiss Action Without Prejudice And For Court to Maintain Jurisdiction
1

Order re Dismissal of Complaint Without Prejudice;  Case No. C 06 7565 RMW RS

IT IS SO ORDERED.

Dated: 2/7/07

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

S:\1Clients\DAWA\70001\Dismiss-Order.wpd

# CERTIFICATE OF SERVICE

I am a citizen of the United States; employed in the County of San Francisco, State of California, over the age of eighteen; and not a party to this action. My business address is 455 Market Street, 19th Floor, San Francisco, California 94105.

On January 18, 2007, I served the following document(s):

**PLAINTIFF'S EX PARTE MOTION TO DISMISS ACTION WITHOUT PREJUDICE AND FOR COURT TO MAINTAIN JURISDICTION**

on the below-listed parties by U.S. Mail, addressed as follows:

The Shiksa and The Princess
1875 Fort Union Boulevard
Salt Lake City, UTAH 84121

My Girlfriend's Kitchen
1875 Fort Union Boulevard
Salt Lake City, UTAH 84121

[X] BY MAIL: Such correspondence was deposited, with postage fully prepaid, in a United States Post Office mail box at San Francisco, California on the same day in the ordinary course of business.

[ ] BY FACSIMILE: Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ] BY FEDERAL EXPRESS: Such document(s) was placed in a Federal Express envelope/package for overnight delivery and receipt the next morning by recipient. Such envelope/package was taken to a Federal Express drop-off location in the ordinary course of business.

[ ] BY ELECTRONIC MAIL: Such document(s) was transmitted to the E-mail address stated above. Said mail was not returned marked "undeliverable."

I declare, under penalty of perjury, that the foregoing is true and correct and is executed January 18, 2007 at San Francisco, California.

/s/ B.C. Dunne
B.C. Dunne

Owen, Wickersham & Erickson, P.C.
455 Market Street, 19th Floor ~ San Francisco, California 94105
Voice 415/882-3200 ~ Fax 415/882-3232